IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DEVON ENERGY CORPORATION, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-09-01689 |
| | § | |
| | § | |
| DONALD C. WESTACOTT, | § | |
| | § | |
| Defendant. | § | |

**ORDER**

No later than September 9, 2011, the parties must submit a statement of any postverdict motions that they believe should be filed and a schedule for doing so, or submit a proposed final judgment.

SIGNED on September 6, 2011, at Houston, Texas.

Lee H. Rosenthal
United States District Judge